NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**REBAR TRADE ACTION COALITION,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES, ICDAS CELIK ENERJI TERSANE VE ULASIM SANAYI, A.S.,**
*Defendants-Appellees*

---

2019-1228

---

Appeal from the United States Court of International Trade in No. 1:17-cv-00157-LMG, Senior Judge Leo M. Gordon.

---

## JUDGMENT

---

JOHN R. SHANE, Wiley Rein, LLP, Washington, DC, argued for plaintiff-appellant. Also represented by ALAN H. PRICE, JEFFREY OWEN FRANK, MAUREEN E. THORSON.

MARGARET JANTZEN, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee United States. Also represented by JOSEPH H. HUNT, JEANNE DAVIDSON, LOREN MISHA PREHEIM; JOHN ANWESEN, REZA KARAMLOO,

Office of the Chief Counsel for Trade Enforcement & Compliance, United States Department of Commerce, Washington, DC.

DIANA DIMITRIUC QUAIA, Arent Fox, LLP, Washington, DC, argued for defendant-appellee Icdas Celik Enerji Tersane ve Ulasim Sanayi, A.S. Also represented by MATTHEW MOSHER NOLAN, NANCY NOONAN, LEAH N. SCARPELLI.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* NEWMAN and BRYSON, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| November 7, 2019 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |